## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

Lamont Cutner,

        Plaintiff,

    v.

Terry Standley, et al.,

        Defendants.

Case No. 6:25-13050-RMG

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 33) recommending that this action be dismissed without prejudice, without leave to amend, and without issuance and service of process. The Court declines to adopt the R&R. The Court finds that Plaintiff's summons is in substantial compliance, as are the USM-285 forms which Plaintiff has completed and returned for Defendants Terry, Egan, Bibbs, Borem, and Durant. (Dkt. No. 29 at 1, 2, 4, 5, 6, 7). By contrast, issuance and service of process is not proper on Defendant Williams, for whom Plaintiff did not complete a USM-285 form.

The Court remands this matter to the Magistrate Judge for further screening in accordance with Local Rule 73.02(B)(2), 28 U.S.C. § 1915, and all other applicable law.

**AND IT IS SO ORDERED.**

                s/ Richard Mark Gergel
                Richard Mark Gergel
                United States District Judge

April 21, 2026
Charleston, South Carolina